

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-19-00468-CR

John Anthony **VEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5622
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Appellant's brief was originally due December 20, 2019. His first motion for extension of time was granted, extending the deadline to file the brief to January 21, 2020. On January 24, appellant filed a second motion for extension of time. By order dated January 29, 2020, this court granted the motion and extended the deadline to February 20, 2020. Our order advised appellant's court-appointed attorney, Patrick Ballantyne, that no further extensions would be granted unless a motion satisfying specific conditions was filed by the date the brief was due.

Neither the brief nor a conforming motion has been filed. We therefore **order** Patrick Ballantyne to file the appellant's brief by **March 4, 2020**.

If appellant's attorney fails to file an adequate response by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal. Counsel may further be ordered to appear before this court to show cause why he should not be held in contempt or otherwise sanctioned for failing to comply with this order or with our January 29, 2020 order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.



Michael A. Cruz,
Clerk of Court